UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**EDDIE JOHNSON**                                         **CIVIL ACTION**

**versus**                                                **NO. 08-688**

**CORNEL H. HUBERT, WARDEN**                              **SECTION: "J" (1)**

**O R D E R**

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation filed by the petitioner, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Eddie Johnson** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 11th day of April, 2008.

UNITED STATES DISTRICT JUDGE